IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

| | |
|---|---|
| Civil Action No: 1:23-cv-00709-PAB-SBP | Date: September 14, 2023 |
| Courtroom Deputy: Christopher Thompson | FTR: Courtroom C205 |

| *Parties:* | *Counsel:* |
|---|---|
| ELIZABETH SCHACHT, | Madeline Collison |
| | Marisa Williams |
| Plaintiff, | |
| v. | |
| DENIS MCDONOUGH, | Jennifer Lake |
| | Benjamin Kapnik |
| Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**11:01 a.m.     Court in session.**

Court calls case. Appearances of counsel by telephone.

Discussion held regarding Defendant's [ECF 38] *Motion to Stay Discovery Pending Resolution of Motion to Dismiss and Partial Motion for Summary Judgment*.  The Court makes it ruling on the record and DENIES the *motion*.

**ORDERED:**  Defendant's [ECF 38] *Motion to Stay Discovery Pending Resolution of Motion to Dismiss and Partial Motion for Summary Judgment* is **DENIED**, as stated on the record. The Court advises the parties of their right to object to the Court's decision.

Discussion held regarding the parties [ECF 46] *Proposed Scheduling Order*.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Joinder of Parties/Amendment to Pleadings: **December 14, 2023**
Discovery Cut-off: **May 14, 2024**
Dispositive Motions Deadline: **June 14, 2024**

Rule 702 Motions Deadline: **June 3, 2024**

Each side shall be limited to **10** depositions.
Each side shall be limited to **25** interrogatories, including discrete subparts, **25** requests for production, and **25** requests for admission.

Each side shall be limited to **2** expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: **March 1, 2024**
Disclosure of Rebuttal Experts: **April 15, 2024**

A Final Pretrial Conference is set for **August 12, 2024, at 10:30 a.m.** in Courtroom C205 before Magistrate Judge Susan Prose. The parties shall electronically file their proposed pretrial order through CM/ECF and include a courtesy copy of the proposed order in a Word format sent by email to Prose_Chambers@cod.uscourts.gov seven days prior to the conference.

**Scheduling Order entered.**

**11:42 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:41

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.